IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:15-cv-450-D

KENNETH JEFFREYS, )
)
    Plaintiff, )
)
v. )
)
KNIGHTDALE CROSSINGS, LLC )
)
    Defendant. )

**ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR 45-DAY STAY OF PRETRIAL PROCEDURE AND DISCOVERY REQUIREMENTS**

This matter is before the Court on Defendant Knightdale Crossings, LLC's consent motion for a 45-day day stay of this action. For good cause shown, it is HEREBY ORDERED that this case and all pending deadlines are hereby stayed through and including November 8, 2015.

This **25** day of September, 2015.

                                              JAMES C. DEVER III
                                              Chief United States District Judge