IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:15-cv-450-D

| | |
|---|---|
| KENNETH JEFFREYS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KNIGHTDALE CROSSINGS, LLC | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING CONSENT MOTION TO EXTEND STAY**

This matter is before the Court on Defendant Knightdale Crossings, LLC's consent motion to extend the previously-issued stay of this action for an additional twenty (20) days. For good cause shown, it is HEREBY ORDERED that this case and all pending deadlines are hereby stayed through and including November 28, 2015.

This __6__ day of November, 2015.

JAMES C. DEVER III
Chief United States District Judge